UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CENTRAL DISTRIBUTING, INC., a California Corporation, dba YOSEMITE HOME DÉCOR;<br><br>Plaintiff,<br><br>v.<br><br>ROCKIE BOGENSCHUTZ, an individual; ROCKIE'S CONTAINERS, LLC, a California limited liability company, dba Y-DÉCOR and YOSEMITE DÉCOR, and DOES 1 through 50, inclusive.<br><br>Defendant. | Case No. 1:17-CV-01351-AWI-EPG<br><br>ORDER GRANTING SECOND STIPULATED REQUEST FOR CONTINUANCE OF PRELIMINARY INJUNCTION HEARING |

The parties stipulated that the Motion for Preliminary Injunction scheduled for December 4, 2017, should be continued to December 18, 2017, at 1:30 p.m., in order for the parties to attempt settlement. This is the second extension of time. The request is GRANTED. The hearing is reset for December 18, 2017, at 1:30 p.m. in Courtroom 2.

IT IS SO ORDERED.

Dated: November 15, 2017

                                              SENIOR DISTRICT JUDGE

1