# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CENTRAL DISTRIBUTING, INC., a California Corporation, dba YOSEMITE HOME DÉCOR;<br><br>Plaintiff,<br><br>v.<br><br>ROCKIE BOGENSCHUTZ, an individual; ROCKIE'S CONTAINERS, LLC, a California limited liability company, dba Y-DÉCOR and YOSEMITE DÉCOR, and DOES 1 through 50, inclusive.<br><br>Defendant. | Case No. 1:17-CV-01351-AWI-EPG<br><br>ORDER GRANTING THIRD STIPULATED REQUEST FOR CONTINUANCE OF PRELIMINARY INJUNCTION HEARING |

The parties stipulated that the Motion for Preliminary Injunction scheduled for December 18, 2017, should be continued to January 8, 2018, at 1:30 p.m., in order for the parties to continue settlement negotiations. This is the third extension of time on that basis. The request is GRANTED. The hearing is reset for January 8, 2018, at 1:30 p.m. in Courtroom 2.

IT IS SO ORDERED.

Dated: December 4, 2017                    _____
                                            SENIOR DISTRICT JUDGE

1