Stephanie Hamilton Borchers #192172
Marcus N. DiBuduo #258684
Sydney A. Smith #298092
DOWLING AARON INCORPORATED
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500
Fax: (559) 432-4590
sborchers@dowlingaaron.com
mdibuduo@dowlingaaron.com
ssmith@dowlingaaron.com

Attorneys for Plaintiff NORTHERN CENTRAL DISTRIBUTING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CENTRAL DISTRIBUTING, INC., a California Corporation, dba YOSEMITE HOME DÉCOR; <br><br> Plaintiff, <br><br> v. <br><br> ROCKIE BOGENSCHUTZ, an individual; ROCKIE'S CONTAINERS, LLC, a California limited liability company, dba Y-DÉCOR and YOSEMITE DÉCOR, and DOES 1 through 50, inclusive. <br><br> Defendant. | Case No. 1:17-CV-01351-AWI-EPG <br><br> STIPULATION AND PROPOSED ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE <br><br><br> <u>Hearing</u> <br> Date: January 23, 2018 <br> Time: 9:30 a.m. <br> Dept.: 2 |

Plaintiff NORTHERN CENTRAL DISTRIBUTING, INC., a California Corporation, dba YOSEMITE HOME DÉCOR ("Plaintiff") and Defendants ROCKIE BOGENSCHUTZ, an individual, ROCKIE'S CONTAINERS, LLC, a California limited liability company, dba Y-DÉCOR and YOSEMITE DÉCOR ("Defendants"), by and through their counsel of record hereby stipulate to continue the Mandatory Scheduling Conference currently scheduled for January 23, 2018, to March 20, 2018, at 9:30 a.m. in Courtroom 10.

1

## RECITALS

1.      This action was filed on 10/9/17 (Docket No. 1), and Plaintiff moved for a preliminary injunction on 10/16/17 (Docket No. 6).

2.      The parties subsequently negotiated a stipulated injunction, which was filed on 1/5/18 (Docket No. 19) and signed by the Honorable Anthony W. Ishii on 1/8/18 (Docket No. 20).

3.      In light of their ability to reach a stipulated injunction, the parties anticipate reaching a global settlement and seek to continue the mandatory scheduling conference in order to have sufficient time to attempt settlement of the matter.

## STIPULATION

Accordingly, Plaintiff and Defendants hereby agree and stipulate as follows:

Good cause exists to continue the Mandatory Scheduling Conference and Plaintiff and Defendants hereby stipulate to continue the Mandatory Scheduling Conference from January 23, 2018, to March 20, 2018, at 9:30 a.m. in Crtm. 10, Hon. Erica P. Grosjean.

Dated: January 11, 2018                     DOWLING AARON INCORPORATED


By:   /s/Stephanie Hamilton Borchers
      Stephanie Hamilton Borchers
      Marcus N. DiBuduo
      Sydney A. Smith
      Attorneys for Plaintiff NORTHERN
      CENTRAL DISTRIBUTING, INC.

Dated:  January 10, 2018                     MOTSCHIEDLER, MICHAELIDES,
                                             WISHON, BREWER & RYAN, LLP


By:   /s/Russell K. Ryan (as authorized on
       1/10/18)
      Russell K. Ryan
      Attorneys for Defendants

2

ROCKIE BOGENSCHUTZ,
ROCKIE'S CONTAINERS, LLC, dba
Y-DÉCOR and YOSEMITE DÉCOR

## **ORDER**

Based on the parties above stipulation and good cause appearing, IT IS HEREBY ORDERED that the Scheduling Conference scheduled for January 23, 2018, is VACATED and RESET for March 20, 2018, at 9:30 A.M. in Courtroom 10 before Magistrate Judge Erica P. Grosjean.  The parties are to file their Joint Scheduling Report no later than seven days prior to the Conference.

IT IS SO ORDERED.

Dated:   **January 11, 2018**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE