Stephanie Hamilton Borchers #192172
Marcus N. DiBuduo #258684
Sydney A. Smith #298092
DOWLING AARON INCORPORATED
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500
Fax: (559) 432-4590
sborchers@dowlingaaron.com
mdibuduo@dowlingaaron.com
ssmith@dowlingaaron.com

Attorneys for Plaintiff NORTHERN CENTRAL DISTRIBUTING, INC.

FILED
MAY 11 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CENTRAL DISTRIBUTING, INC., a California Corporation, dba YOSEMITE HOME DÉCOR;<br><br>Plaintiff,<br><br>v.<br><br>ROCKIE BOGENSCHUTZ, an individual; ROCKIE'S CONTAINERS, LLC, a California limited liability company, dba Y-DÉCOR and YOSEMITE DÉCOR, and DOES 1 through 50, inclusive.<br><br>Defendant. | Case No. 1:17-CV-01351-AWI-EPG<br><br>STIPULATION AND ORDER RE INITIAL DISCLOSURES |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff NORTHERN CENTRAL DISTRIBUTING, INC. ("Plaintiff") and defendants ROCKIE BOGENSCHUTZ; and ROCKIE'S CONTAINERS, LLC ("Defendants") (collectively, "Parties") stipulate pursuant to Federal Rule of Civil Procedure, Rule 261 (a)(1)(C) to extend the deadline from May 11, 2018 to June 11, 2018 for the Initial Disclosures required by Rule 26 (a)(1), and request that the Court enter an Order that the Initial Disclosures required by Rule 26 (a)(1) are due by June 11, 2018.

The Court set an initial disclosure date of May 11, 2018 at the March 20, 2018, scheduling conference. However, on March 26, 2018, Mr. Ryan was in a serious accident which has severely limited his ability to work since that date as set forth in his declaration below. Accordingly, the parties seek to accommodate Mr. Ryan and extend the deadline by 30 days.

## STIPULATION

Pursuant to Rule 26 (a)(1)(C), and with good cause shown, the Parties jointly request and HEREBY STIPULATE that the deadline for Initial Disclosures required by Rule 26 (a)(1) for this action be extended to June 11, 2018.

## DECLARATION OF RUSSELL K. RYAN

I, Russell K. Ryan, declare:

1. I am an attorney licensed to practice law in all of the courts of the State of California and am a member in good standing of the Eastern District of California. I make the following declaration of my own personal knowledge, and if called upon to testify, could and would competently testify thereto.

2. I was injured in a pretty serious accident on March 26, 2018 when a stream bank I was walking on collapsed and I broke bones in both legs and feet (including a calcaneus (heel bone) fracture to the left foot and several fractures of the tibia and fibula in my right ankle. As a result, I have had multiple surgeries, no weight-bearing for at least 12 weeks from the date of the injury (the filing of this stipulation marks 6 weeks, the half-way point) on BOTH legs, and am wheelchair-bound. I largely work from home to the extent possible and have only been into the actual office on one afternoon since the accident. I can do some work, but I approximate that I can only work at about 50% of my previous capacity and this will remain the case for at least another 6-9 weeks as I began being able to start bearing weight on my legs.

3. While I believe I am doing the best I can with the available resources in my office and working remotely, my injuries are such that I do need and am respectfully

requesting additional time to prepare the initial disclosures in this action. I believe that an additional thirty days for the additional disclosures should be sufficient.

4. There is no one else in my office that can substitute in for me in this matter. I am the only seasoned litigator in the firm.

5. For these reasons I respectfully submit that it is good cause for a 30 day extension in order to provide initial disclosures.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed this 10th day of May, 2018, at Fresno, California.

/s/Russell K. Ryan
RUSSELL K. RYAN

Dated: May 11, 2018          DOWLING AARON INCORPORATED

By: /s/Stephanie Hamilton Borchers
Stephanie Hamilton Borchers
Marcus N. DiBuduo
Sydney A. Smith
Attorneys for Plaintiff NORTHERN
CENTRAL DISTRIBUTING, INC.

Dated: May 10, 2018          MOTSCHIEDLER, MICHAELIDES,
WISHON, BREWER & RYAN, LLP

By: /s/Russell K. Ryan (as authorized 5/10/18)
Russell K. Ryan
Attorneys for Defendants
ROCKIE BOGENSCHUTZ,
ROCKIE'S CONTAINERS, LLC, dba
Y-DÉCOR and YOSEMITE DÉCOR

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the deadline for Initial Disclosures required by Rule 26 (a)(1) shall be extended to June 11, 2018.

IT IS SO ORDERED.

Dated: May 11, 2018

_____
UNITED STATES MAGISTRATE JUDGE

4