**Russell K. Ryan, #139835**
**MOTSCHIEDLER, MICHAELIDES, WISHON,**
**BREWER & RYAN, LLP**
**1690 West Shaw Avenue, Suite 200**
**Fresno, California 93711**
**Telephone (559) 439-4000**
**Facsimile (559) 439-5654**

Attorneys for Defendants ROCKIE BOGENSCHUTZ
and ROCKIE'S CONTAINERS, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| NORTHERN CENTRAL DISTRIBUTING, INC., a California corporation dba YOSEMITE HOME DECOR,<br><br>Plaintiff,<br><br>v.<br><br>ROCKIE BOGENSCHUTZ, an individual, ROCKIE'S CONTAINERS, LLC, a California limited liability company, dba Y DÉCOR and YOSEMITE DÉCOR,<br><br>Defendants. | Case No.: 1:17-cv-01351-AWI-EPG<br><br>**STIPULATION AND ORDER CONTINUING HEARING DATE ON MOTION FOR AN ORDER TO SHOW CAUSE RE CONTEMPT**<br><br>Current Hearing Date: June 11, 2018<br>New Hearing Date: June 25, 2018 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff Northern Central Distributing, Inc. ("**Plaintiff**") and Defendants Rockie Bogenschutz and Rockie's Containers, LLC ("**Defendants**") (collectively, the "**Parties**") stipulate to continue the hearing on the Motion for an Order to Show Cause Re Contempt currently on calendar for June 11, 2018 to June 25, 2018.

As the court is already aware, counsel for Defendants was injured in a serious accident on March 26, 2018 when he broke bones in both legs and feet. Counsel is able to do some work, but approximates that he can only work at about 50% of his

previous capacity.  Due to his condition, defense counsel has largely been unable to meet with clients, and has not been able to meet with the client with respect to the instant motion.  Counsel's injuries are such that he needs additional time to prepare the opposition, and the Parties have agreed to a continuance of the hearing in order to allow this additional time.

This stipulation is not intended to impact, curtail or stop the accrual of any penalties that may be assessed by the court, but is being entered into at the request of counsel for defendant to accommodate his limitations due to his significant physical injuries.

Dated:  May 22, 2018                    MOTSCHIEDLER, MICHAELIDES,
                                        WISHON, BREWER & RYAN, LLP


                                        By: /s/Russell K. Ryan
                                            Russell K. Ryan, Attorneys for
                                            Defendants Rockie Bogenschutz
                                            and Rockie's Containers, LLC

Dated:  May 22, 2018                    DOWLING AARON INCORPORATED


                                        By: /s/Stephanie Hamilton Borchers
                                            Stephanie Hamilton Borchers,
                                            Attorneys for Plaintiff Northern
                                            Central Distributing, Inc.

**ORDER**

IT IS SO ORDERED.

Dated:  May 22, 2018                    _____
                                        SENIOR DISTRICT JUDGE