1  **Russell K. Ryan, #139835**
2  **MOTSCHIEDLER, MICHAELIDES, WISHON,**
   **BREWER & RYAN, LLP**
3  **1690 West Shaw Avenue, Suite 200**
   **Fresno, California 93711**
4  **Telephone (559) 439-4000**
   **Facsimile (559) 439-5654**
5
   Attorneys for Defendants ROCKIE BOGENSCHUTZ
6  and ROCKIE'S CONTAINERS, LLC

7              **UNITED STATES DISTRICT COURT**
8      **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**
9

10
   NORTHERN CENTRAL                    Case No.: 1:17-cv-01351-AWI-EPG
11 DISTRIBUTING, INC., a California
   corporation dba YOSEMITE HOME       **STIPULATION AND ORDER RE**
12 DECOR,                              **INITIAL DISCLOSURES**

13            Plaintiff,

14     v.

15 ROCKIE BOGENSCHUTZ, an individual,
16 ROCKIE'S CONTAINERS, LLC, a
   California limited liability company, dba Y
17 DÉCOR and YOSEMITE DÉCOR,

18            Defendants.

19

20        TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF

21 RECORD:

22        Plaintiff Northern Central Distributing, Inc. ("**Plaintiff**") and Defendants

23 Rockie Bogenschutz and Rockie's Containers, LLC ("**Defendants**") (collectively,

24 "Parties") stipulate pursuant to Federal Rule of Civil Procedure, Rule 261 (a)(1)(C) to

25 extend the deadline for the Initial Disclosures required by Rule 26 (a)(1) from June 11,

26 2018 to July 23, 2018 and request that the Court enter an Order that the Initial

27 Disclosures required by Rule 26 (a)(1) are due by July 23, 2018.

28

The parties are in agreement and stipulate that it is more practical and logical that the initial disclosures be due after the hearing on the Order to Show Cause Re Contempt that is currently set for hearing on July 16, 2018 before this Court. It will also allow the parties to use their current resources in respect to issues related to the upcoming hearing.

Dated: June 11, 2018

MOTSCHIEDLER, MICHAELIDES, WISHON, BREWER & RYAN, LLP


By: /s/Russell K. Ryan
Russell K. Ryan, Attorneys for Defendants Rockie Bogenschutz and Rockie's Containers, LLC


Dated: June 11, 2018

DOWLING AARON INCORPORATED


By: /s/Stephanie Hamilton Borchers
Stephanie Hamilton Borchers, Attorneys for Plaintiff Northern Central Distributing, Inc.

**ORDER**

Based on the above stipulation of the parties, and Good cause appearing, the Initial Disclosures required by Rule 26 (a)(1) shall be due no later than July 23, 2018.

IT IS SO ORDERED.

Dated:   **June 13, 2018**

/s/ *Enc. P. Groj*

UNITED STATES MAGISTRATE JUDGE