# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NORTHERN CENTRAL DISTRIBUTING, INC. dba YOSEMITE HOME DECOR,**<br><br>**Plaintiff**<br><br>v.<br><br>**ROCKIE BOGENSCHUTZ, ROCKIE'S CONTAINERS, LLC dba Y DÉCOR, and YOSEMITE DECOR,**<br><br>**Defendants** | CASE NO. 1:17-cv-01351-AWI-EPG<br><br>ORDER FOR ADDITIONAL BRIEFING AND ORDER VACATING JULY 23, 2018 HEARING |

After further consideration, the Court finds that additional briefing is necessary.

On July 9, 2018, Plaintiff filed the "Reply Declaration of Lynae Edralin in Support of Plaintiff's Motion for an Order to Show Cause re: Contempt." Doc. No. 43-2. The declaration introduced alleged facts that do not appear to have been fully raised in Plaintiff's underlying "Memorandum of Points and Authorities in Support of Plaintiff's Motion for an Order to Show Cause." Doc. No. 27-2. Specifically, the declaration discussed containers "under the name 'Yosemite Décor'" entering the United States "on May 7, 14, 20, 28, and June 11" for shipment to certain warehouse addresses associated with Defendants. Doc. No. 43-2 at ¶ 4. Further, the declaration discussed a "bill of lading for an Overstock shipment" that Ms. Edralin received on May 8, 2018, that "showed that the shipment was actually for Y Décor product that shipped from Y Décor's Arkansas warehouse." Id. at ¶ 5. Further, the declaration discussed a ceiling fan purchased

from Defendants in June 2018 that was shipped to the customer with a Yosemite Home Décor manual. Id. at ¶ 8. Because this information was alleged in a reply, Defendants have not had an opportunity to respond.

The Court finds that a response from Defendants is necessary. Defendants will be ordered to file additional briefing, including supporting evidence, on the factual issues referenced above. In light of the supplemental briefing that is forthcoming, the Court finds that it is advisable to vacate the July 23, 2018 hearing date. Once the supplemental briefing is received, the Court will set a new hearing date if necessary at that time.

**Order**

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants shall on or by August 2, 2018, file additional briefing concerning the factual issues referenced above;
2. Plaintiff shall have until August 16, 2018, to file responsive briefing to any additional briefing submitted by Defendants on this issue;[1] and
3. The July 23, 2018 hearing is VACATED.

IT IS SO ORDERED.

Dated:   July 19, 2018                          _____
                                                SENIOR DISTRICT JUDGE

---

[1] In the responsive briefing, Plaintiff shall not introduce factual issues that have not been previously raised.

2