1  **Russell K. Ryan, #139835**
2  **MOTSCHIEDLER, MICHAELIDES, WISHON,**
   **BREWER & RYAN, LLP**
3  **1690 West Shaw Avenue, Suite 200**
   **Fresno, California 93711**
4  **Telephone (559) 439-4000**
   **Facsimile (559) 439-5654**

Attorneys for Defendants ROCKIE BOGENSCHUTZ
and ROCKIE'S CONTAINERS, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| NORTHERN CENTRAL DISTRIBUTING, INC., a California corporation dba YOSEMITE HOME DÉCOR,<br><br>Plaintiff,<br><br>v.<br><br>ROCKIE BOGENSCHUTZ, an individual, ROCKIE'S CONTAINERS, LLC, a California limited liability company, dba Y DÉCOR and YOSEMITE DÉCOR,<br><br>Defendants. | Case No.: 1:17-cv-01351-AWI-EPG<br><br>**STIPULATION AND ORDER RE INITIAL DISCLOSURES** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff Northern Central Distributing, Inc. ("**Plaintiff**") and Defendants Rockie Bogenschutz and Rockie's Containers, LLC ("**Defendants**") (collectively, "Parties") stipulate pursuant to Federal Rule of Civil Procedure, Rule 26(a)(1)(C) to extend the deadline for the Initial Disclosures required by Rule 26(a)(1) from July 23, 2018 to August 31, 2018 and request that the Court enter an Order that the Initial Disclosures required by Rule 26(a)(1) are due by August 31, 2018.

The parties are in agreement and stipulate that it is more practical and logical that the initial disclosures be due after the hearing on the Order to Show Cause Re Contempt before this Court, for which the court's order for additional briefing is due in early to mid-August. It will also allow the parties to use their current resources in respect to issues related to the order to show cause re contempt.

Dated: July 20, 2018            MOTSCHIEDLER, MICHAELIDES, WISHON, BREWER & RYAN, LLP

By: /s/Russell K. Ryan
Russell K. Ryan, Attorneys for Defendants Rockie Bogenschutz and Rockie's Containers, LLC

Dated: July 20, 2018            DOWLING AARON INCORPORATED

By: /s/Stephanie Hamilton Borchers
Stephanie Hamilton Borchers, Attorneys for Plaintiff Northern Central Distributing, Inc.

# **ORDER**

Based on the above stipulation of the parties, and good cause appearing, the deadline for the exchange of Initial Disclosures as required by Rule 26(a)(1) is extended from July 23, 2018 to August 31, 2018. The parties shall exchange Initial Disclosures as required by Rule 26(a)(1) by no later than August 31, 2018.

IT IS SO ORDERED.

Dated: **July 27, 2018**

/s/ Eric P. Groig
UNITED STATES MAGISTRATE JUDGE