Russell K. Ryan, #139835
MOTSCHIEDLER, MICHAELIDES, WISHON,
BREWER & RYAN, LLP
1690 West Shaw Avenue, Suite 200
Fresno, California 93711
Telephone (559) 439-4000
Facsimile (559) 439-5654

Attorneys for Defendants ROCKIE BOGENSCHUTZ
and ROCKIE'S CONTAINERS, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| NORTHERN CENTRAL DISTRIBUTING, INC., a California corporation dba YOSEMITE HOME DÉCOR,<br><br>Plaintiff,<br><br>v.<br><br>ROCKIE BOGENSCHUTZ, an individual, ROCKIE'S CONTAINERS, LLC, a California limited liability company, dba Y DÉCOR and YOSEMITE DÉCOR,<br><br>Defendants. | Case No.: 1:17-cv-01351-AWI-EPG<br><br>**STIPULATION AND ORDER RE INITIAL DISCLOSURES** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff Northern Central Distributing, Inc. ("**Plaintiff**") and Defendants Rockie Bogenschutz and Rockie's Containers, LLC ("**Defendants**") (collectively, "Parties") stipulate pursuant to Federal Rule of Civil Procedure, Rule 26 (a)(1)(C) to extend the deadline for the Initial Disclosures required by Rule 26 (a)(1) from August 31, 2018 to September 14, 2018 and request that the Court enter an Order that the Initial Disclosures required by Rule 26 (a)(1) are due by September 14, 2018.

/ / /

1

| | | |
|---|---|---|
| 1 | Dated: August 31, 2018 | MOTSCHIEDLER, MICHAELIDES, WISHON, BREWER & RYAN, LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/Russell K. Ryan |
| 5 | | Russell K. Ryan, Attorneys for Defendants Rockie Bogenschutz and Rockie's Containers, LLC |
| 6 | | |
| 7 | | |
| 8 | Dated: August 31, 2018 | DOWLING AARON INCORPORATED |
| 9 | | |
| 10 | | By: /s/Stephanie Hamilton Borchers |
| 11 | | Stephanie Hamilton Borchers, Attorneys for Plaintiff Northern Central Distributing, Inc. |

# ORDER

Pursuant to the above stipulation, the parties shall exchange Initial Disclosures as required by Rule 26 (a)(1) by September 14, 2018.

IT IS SO ORDERED.

Dated:  **September 4, 2018**          /s/ Eric P. Gross
                                                        UNITED STATES MAGISTRATE JUDGE