# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CENTRAL DISTRIBUTING, INC., a California corporation Doing business as Yosemite Home Decor,<br><br>Plaintiff,<br><br>v.<br><br>ROCKIE BOGENSCHUTZ, and ROCKIE'S CONTAINERS, LLC, a California limited liability company Doing business as Y-Decor Doing business as Yosemite Decor,<br><br>Defendants. | Case No. 1:17-cv-01351-AWI-EPG<br><br>ORDER RE: JOINT REQUEST FOR DISMISSAL OF ENTIRE ACTION<br><br>(ECF No. 86) |

Plaintiff, Northern Central Distributing, Inc., and Defendants, Rockie Bogenschutz and Rockie's Containers, LLC, have filed a joint stipulation to dismiss the entire action (ECF No. 86). In light of the stipulation, the case has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **August 29, 2019**         /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE